SELMA BLUMENSTEIN, an Infant, by JULIA BLUMENSTEIN, Her Guardian ad Litem, Respondent, *v.* SARAH JABLONER et al., Appellants, Impleaded with Another.

Argued March 25, 1937; decided April 27, 1937.

*Joseph S. Robinson, Emile Z. Berman* and *Louis Helfenstein* for appellants.

*Shepard Broad* and *Irvin Husin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.